BISMARCK HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

BURKS, J.

(No. 6614

CHAMPAIGN COUNTY MENTAL HEALTH CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 1, 1973.*

CHAMPAIGN COUNTY MENTAL HEALTH CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6626

COLLEGE ADVISORY PROGRAM, THE JUNIOR LEAGUE OF EVANSTON, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed February 1, 1973.*

COLLEGE ADVISORY PROGRAM, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.